IN THE NAME OF THE FEDERAL AUTHORITIES

UNITED STATES DISTRICT COURT, FOR THE
WESTERN DISTRICT OF VA. SUPERIOR COURT.

SUBMITTED / DATED: MARCH 22nd, 2010

CLERK'S OFFICE U.S. DIST. COURT AT ROANOKE, VA.
FILED
MAR 25 2010
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

Kenneth N. Bussie, ID# 200902875
- Plaintiff Petitioner - (Inmate Detainee).

- Verse's -

F. G. Aylor, Superintendent Of The Central VA. Regional Jail And The Staff Employee's, [Including] The Medical Department; The Security-Dept.; And The [I.C.C.] - Institutional Classification Committee, - Et-al.; - Defendent's.

CASE NO.
7:10-CV-00137

**PETITION:**

{MOTION[S] REQUESTED FOR: VIOLATIONS OF - (DUE PROCESS CLAUSE); (DISCRIMINATION); - (CRUEL UNUSUAL PUNISHMENTS); (NEGLECT); (MEDICAL MALPRACTICE); (CONFINMENT); (INTENTIONAL & DELIBERATE INDIFFERENCES); (EXCESSIVE USE OF FORCE & RESTRAINTS); AND THE RULES, REGULATIONS, & POLICY PROCEDURES OF THE VIRGINIA DEPARTMENT OF CORRECTIONS - AND FEDERAL and STATE LAW.

COMES, NOW the Plaintiff-Petitioner, Kenneth N. Bussie, and Moves this Honorable, Federal Court System, as provided by law, and in support thereof, respectfully states this Petition/Motion as Follows:

No.1 Section-No.; Title; and Page No.; Of the TABLE OF CONTENTS, To and relating with

[f]
PAGE 1 OF 12

the Central Va. Regional Jail's, Inmate Regulations and Rules Handbook, which provides fourty-two (42), different listings numbered from one-(1), To Sixty-(60). These titles are minimmized with Short-descriptions and explanation(s) which purposes are intendent to be illustrative and provide inmates with definitions of the established rules and the regulations of the jail's daily routine - procedures. Wherefore, the above mentioned defendant's, Superintendent, F. G. Aylor, and his staff Employee's, Medical Department, Security Dept./ and (I.C.C.), et-al, have a primarily "Federal Law" Obiligation of duty to fully committ their selves in ensuring Corrections Of Law Enforcement Efforts. By their department protocol, which is of [from] The Department Operations Policy" instead of these defendent's supporting Criminal Conduct [against Me] and [upon Me] which is in Violations of the defendant's own "C.V.R.J." Handbook and Policies under U.S. Civil Rights, Constitutional Rights and Human Rights, etc.

NO. 2- The Plaintiff Petitioner as [Myself] is an inmate at the "C.V.R.J." and has been ever since August 21st, 2009 with a recent Conviction date of Feb. 19th, 2010/ Sentenced to ten-(10) Months in jail. And is awaiting release date set for May 10th or 11th 2010, or Sooner. Thus, eversince the Plaintiff has been detained/or Incarcerated in the "C.V.R.J." he has been made an object to target REPRISAL'S upon by all of the above mentioned defendents, as well as, the named defendent's in this Petition and on other Material documentations, which will be submitted as Following through this Petition Thus, all defendants has Violated Plaintiff Of his Rights, Dangered/ Harmed his Welfare, etc. as Following:

[9]

PAGE 2 OF 12

Kenneth N. Bussie, ID#200902875
Central Va. Regional Jail, "SHU-Cell 10"
13021 James Madison Highway
Orange County, VA. 22960

DATE MAILED: MARCH 22nd, 2010 @ 10:36am.

UNITED STATES DISTRICT COURT CLERK,
255 WEST MAIN Street, Room 320,
Charlottesville, Virginia 22901

