**TO:** Kenneth N. Bussie
Special Housing Unit

**FROM:** F. G. Aylor   F. G. Aylor
Superintendent

**Re:** Inmate Grievance #726-B

**Date:** February 18, 2010

This is in response to your Inmate Grievance #726-B, received in this office on 02-08-10.

After reviewing your grievance package it appears that your main complaint is that you feel the Medical Department is not providing you with proper medical care, Captain Ryder and Sergeant Wolkowicz are interfering with your medical needs, and you are being reprised against by these individuals. As requested relief you have asked to be moved to C-Block or back to Segregation, and for you complaint/charges to be modified and if your demands for relief are not granted you will file a law suite.

After futher review of your institutional file and speaking with staff it is clear that you have been less than a roll model inmate while incarcerated here at the Central Virginia Regional. I concur with Lt. Col. Fletcher and Major Dyer in there responses to your grievance. With this in mind, it would be useless for me to try and reason with you on this situation because your request will not be granted and you have already threatened to pursue legal actions if your demands are not met.

I feel certain that your medical [care] ~~need~~ is more than adequate and staff are not interfering with your medical needs. Therefore your requested relief is denied. Your threats of litigation do not intimidate me or any of my staff and I will not surrender to demands because of threatened litigation. Please feel free to pursue

[c]   whatever litigation you feel is necessary as I am certain the Central

[IDENTICAL HAND-COPY] OF ORIGINAL

## CENTRAL VIRGINIA REGIONAL JAIL
*INMATE REQUEST FORM*

Name **Kenneth N. Bussie**     Time **10:20 am.**

PCP # **006379  ID. 200902875**

Date **March 10th, 2010**   Housing **"SHU-cell/Bed #20"**

**INSTRUCTION:** Please check the problem or request area. Be specific about what action you want. This is not a grievance form.

- [ ] CDI - Community Diversion
- [ ] Chaplain
- [ ] Classification
- [ ] Commissary
- [ ] Haircuts
- [ ] Inmate Accounts
- [x] Mail
- [ ] Medical
- [ ] Notary
- [ ] Programs
- [ ] Property
- [ ] Records
- [ ] Shift Supervisor
- [ ] Special Canteen
- [ ] Special Visit
- [ ] Trusty
- [ ] Work Release
- [ ] Other _____

**REQUEST:** I MUST SEND CERTIFIED LETTERS MAILED TO THE FEDERAL COURT. "A.S.A.P."
→ PLEASE, SEND TWO-(2) CERTIFIED FORMS WITH "Two ATTACHMENT-RETURN-RECEIPT FORMS" IMMEDIATELY.

THIS IS MY THIRD-(3RD) INMATE REQUEST FORM TO MAKE THESE ARRANGEMENTS, TO RECEIVE NEEDED FORMS, BUT MAIL ROOM (CLERK) HAS NOT RESPONDED AT ALL, NOR SENT FORMS!

Staff Receiving the Request: **Ofc. Connell**     Date **03/10/10**
Supervisory Review: _____     Date _____
Action Taken: _____

Response: **Current balance is $.10 - you must have funds to send any mail Certified, which would be $5.54**

Signature **M. Cutser**     Date **3-11-10**

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

[cd]

[IDENTICAL HAND-COPY] OF ORIGINAL

## CENTRAL VIRGINIA REGIONAL JAIL
### INMATE REQUEST FORM

Name: Kenneth N. Bussie            Time: 5:00 PM

PCP# 006379   ID# 200902875

Date: March 16th, 2010   Housing: "SHU - Cell/Bed #20"

**INSTRUCTION:** Please check the problem or request area. Be specific about what action you want. This is not a grievance form.

- [ ] CDI - Community Diversion
- [ ] Chaplain
- [ ] Classification
- [ ] Commissary
- [ ] Haircuts
- [ ] Inmate Accounts
- [x] Mail
- [ ] Medical
- [ ] Notary
- [ ] Programs
- [ ] Property
- [ ] Records
- [ ] Shift Supervisor
- [ ] Special Canteen
- [ ] Special Visit
- [ ] Trusty
- [ ] Work Release
- [ ] Other "Mail Clerk-Error"

**REQUEST:** Formal Complaint on: Mail Clerk M. Eutsler. Because Mail Clerk M. Eutsler's Response dated 3-11-10 Denied Me to receive Indigent Legal Mail Postage to send a $5.54 Certified letter/Return Receipt outgoing Mail. Though, the "C.V.R.J.'S" inmate handbook - Page 45 (H) No. 1 States the Jail Provides Postage For Legal Mail sent by indigent inmates. / No limit on the amount of Postage Provided. Thus, Mrs. Eutsler has delayed Urgent/Serious Correspond Court.

Staff Receiving the Request: Corbin              Date: 3-16-10
Supervisory Review: ___                          Date: ___
Action Taken: ___

**Response:** You are entitled to free 44¢ stamps for legal mail -, if you do not have funds you are not entitled to send your legal mail out Certified letter/return receipt

Signature: Z. Jones.                             Date: 3/17/10.

I suggest you send the letter out Regular mail.

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
[e] Copy 2 - Retained by Inmate at Time of Request. We will mail Certified only if you have Funds!