#21-28(2)

Kenneth N. Bussie
  Plaintiff,

V.

                    Civil Action Case No. 7:10-cv-00137

F. G. Aylor et-al.,
  Defendants

## MOTION FOR: FEDERAL TORT CLAIMS - ACT PURSUANT TO 28 USC §§ 2671-80;

Plaintiff, in the above civil action number, Moves this Honorable Court to reddress the defendant Aylor's Grievance Procedure; Also to redress CORPORAL PUNISHMENTS For Cruel and Unusual Punishment, which has been acted upon Plaintiff by "jail Security Officers" displaying physical assault's of their hostile, abusive, prejudice aggressions against and upon the Plaintiff Several Documented ~~~~ (occasains), where Plaintiff suffered physically as well Mentally and unconstitutionally by deprivations of these defendants- Lt. McKeen - [SEE Exhibit] - #21, 22, 23, and 24 where Plaintiff was denied to exhaust his Complaint(s) of the defendants administrative grievance procedure, due too reprisal's from Lt. McKeen's Supervisor'(s) Capt. Ryder and Capt. Graves, et, al - Defendant(s). Another assualt - (assault) and attempted assault's by ofc. Lucus [SEE Exhibits]#25, 26, 27 and 28 where, again defendant Capt. Graves, and defendant Capt. Ryder, deprived Plaintiff of rights to exercise/utilize the defendant(s) Aylor's, et-al grievance procedure. [PAGE 9 OF 12]