UNITED STATES DISTRICT COURT
Western District of Virginia
Office of the Clerk
P.O. Box 1234
Roanoke, Virginia  24006

```
Kenneth N. Bussie, 1018953
Mecklenburg Correctional Center
PO Box 500
Boydton, VA  23917
```

Dear Sir / Madam:

In response to your recent submission to the Court, please read the marked sections for the relevant information.

✓    If you wish to obtain copies, you must prepay the copy fee of 50 cents per page.  To receive your selected documents, you need to pay $_____ for  25  pages.  Please forward payment, instructions, the case caption, and case number to the Office of the Clerk if you want copies, and the Court will mail them to you.

_____    The forms / copies you requested are enclosed.

_____    If you believe that your constitutional rights have been violated, you may, at your sole discretion, file an action.  I have enclosed a copy of the appropriate form for filing such action.  You may make multiple copies of the form.  Please fill out the form carefully and legibly and sign the form as photocopied signatures are not acceptable.  Please note, however, that providing you this form is not a determination by the Court that your claim(s) have any merit.  The Court provides the form only as a courtesy.

_____    I am unable to send you your requested form _____ _____ because I do not have this form and do not know if it even exists.  As an employee of the Court, I must also remain neutral, and thus, I am prohibited from performing legal research on behalf of inmates or the government.

_____    Please be advised that neither the Local Rules nor the Standing Orders are available in a format to send to litigants, but they are available on the Court's website.  They and the Federal Rules of Civil Procedure are also available from various legal research providers or at law libraries.  One standing order refers all non-dispositive matters in pro se prisoner civil actions to a United States Magistrate Judge and requires prisoner civil actions to be filed in the Roanoke Division for administrative reasons only.  However, the Court will inform you of the applicable Local Rules and Standing Orders upon receipt of any complaint or petition.

_____    No case number was noted on the document(s) sent to the Court, and I am unable to determine the case in this Court in which case you wish to file this submission.  If you intend to pursue a new action or file a motion in a pending or closed case, please indicate how and in which action you want these documents filed.  If you intend to file in a different court, please mail it to that other court.

_____    The Court received a payment on your behalf, and it's returned to you as an enclosure to this letter because:
        _____ you do not presently owe money that the Court collects.

_____ the Court does not accept partial payment of the filing fee unless the Court granted you the opportunity to pay in installments, pursuant to 28 U.S.C. § 1915.

\_\_\_\_\_ I am not permitted to provide the legal information you seek. The role of the Court is to adjudicate claims presented by the parties. The Court could not maintain its role as an unbiased arbiter of claims if it assisted either party. As an employee of the Court, I must also remain neutral. Therefore, I am prohibited from providing legal advice or performing legal research on behalf of inmates or the government.

\_\_\_\_\_ The Court is authorized to adjudicate cases. The Court is not authorized to, and does not, investigate allegations of misconduct. Please contact the appropriate law enforcement, inspector general, or ombudsman with the jurisdiction to address your concerns.

\_\_\_\_\_ The Court does not have any record of the case / data / pleading / document you described.

\_\_\_\_\_ The Court received your_____
_____
_____on_____.

\_\_\_\_\_ You asked about the status of your case. Your case:
  \_\_\_\_\_ was closed by a memorandum opinion and/or order entered on _____. The Clerk's Office mailed you copies of that opinion and/or order the same day, and the mail        returned as undeliverable.
  \_\_\_\_\_ was transferred to the _____
  _____ by an order entered on _____. Please contact that court at _____. Please note that your new case number in that court is _____.
  \_\_\_\_\_ is pending before this Court. I am sorry, but I cannot give you an estimate as to when an action will be taken in your case. You will receive a copy of any relevant order and/or opinion as soon as the Court issues it.

\_\_\_\_\_ The address you requested is _____
_____.

✓ I have enclosed a copy of your docket sheet in case number 7:10-cv-00137. You requested copies of a document that you believer you filed around 4/28/2010. The docket reflects an entry filed on 4/12/2010 which was a response (docket entry #8) to the Conditional Filing Order (docket entry #4). This entry is 25 pages in length. If this is the entry you would like a copy of, please send the clerk a check or money order fot $12.50 and the copies will be mailed to you upon receipt. I have gone ahead and written in the page counts of all of the docket entries for your convenience. If you would like any other copies, please send the court $.50 per page as appropriate.

\_\_\_\_\_ Please note that sending unrequested information to the Court with the hope that it will quicken the consideration of your case is incorrect. The Court will review your case in turn.

\_\_\_\_\_ Please find enclosed your submission because it does not pertain to a pending action and the Court does not maintain a record of such correspondence.

Sincerely,
JULIA C. DUDLEY, Clerk of Court

By:_____s/ K. Brown_____
*Deputy Clerk*

Date:_____3/25/2010_____